AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*June 28, 2023*
Nathan Ochsner, Clerk of Court

United States of America
v.

LEE ROY GARCIA
YOB: 1991  COB: USA

*Defendant(s)*

Case No  M-23-1154-M.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 23, 2023  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, § 2252A(a)(5)(B) | knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA  M. Alexis Garcia

/s/ Chandler Lentz
*Complainant's signature*

Chandler Lentz, Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 06/28/2023  4:55 pm

City and state:  McAllen, Texas

Nadia S. Medrano, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## PROBABLE CAUSE STATEMENT

1. On or about March 2022, FBI New York executed a federal search warrant on the residence of KIK user "mulaDussa," aka Shakeem Rankin. Agents seized electronic devices from Rankin. On or about January 2023, Rankin was arrested for possession and distribution/receipt of Child Sexual Abuse Material (CSAM).

2. A forensic review was conducted on Rankin's electronic devices. FBI New York subpoenaed for additional KIK users identified throughout the evidence extraction. One of the users identified was "SemperFiRoy." "SemperFiRoy" was communicating with "mulaDussa," later identified as Rankin, in a group chat, where CSAM was exchanged.

3. On or about May 2023, FBI San Antonio–McAllen RA received information from FBI New York regarding username "SemperFiRoy," who resides in or around McAllen, Texas. The username "SemperFiRoy" was associated with email account leeroyironclad24@gmail.com.

4. Agents subpoenaed Google, Inc. for additional information for leeroyironclad24@gmail.com. The email returned to a Lee Garcia, with recovery email leeroy.hawkinsroof@gmail.com, and recovery SMS, 956-678-9047. Additionally, agents subpoenaed leeroy.hawkinsroof@gmail.com. The subscriber information returned to a Lee Garcia, with recovery email leeroyironclad24@gmail.com, and recovery SMS, 956-678-9047.

5. Staff Operations Specialist Cassandra Ramirez completed an open-web search for accounts associated with "SemperFiRoy." A Wickr, Inc. account identified as "cumgettm6969" was associated with KIK account "SemperFiRoy."



6. On or about June 9, 2023, Task Force Officer (TFO) Eric Austin and TFO Noe Martinez conducted an interview with Lee Roy Garcia. Agents asked Lee Roy GARCIA if he knew why he was at the McAllen FBI Office. GARCIA nodded his head yes and stated because of a MEGA.

7. In or around 2021, GARCIA purchased a link on Wickr for $35, which contained CSAM. From 2021-2022, GARCIA continued to utilize Wickr, Tumblr, and KIK to receive MEGA links, which contained CSAM. GARCIA would then sell the same links and distribute the CSAM. GARCIA promoted the possession of CSAM on either his Wickr, Tumblr, or KIK accounts, but distributed the CSAM via MEGA. Between 2021-2022, GARCIA received approximately $200-$300. GARCIA admitted he knew the images/videos were CSAM.

8. In or around January 2023, GARCIA created a new Wickr account to possess, then distribute CSAM. GARCIA provided his new username, "cumgetthem6969." GARCIA received approximately 10 CSAM links, which he viewed, then distributed. GARCIA informed agents he had since deleted all CSAM related content on his cellular device.

9. GARCIA signed a consent to search form for both his cellular device and computer desktop and provided agents with passcodes. Agents conducted an initial evidence review, but were unable to recover CSAM on either device.

10. On or about June 23, 2023, a further evidence review was conducted on GARCIA's cellular device. A total of 19 CSAM images were recovered. The images recovered are described as follows:

   a. The first image depicted a prepubescent female performing oral sex on an adult male's erect penis.

   b. The second image depicted a prepubescent female being vaginally penetrated by a large plastic object. The female is blindfolded with her legs bound by black rope. A time stamp is visible, displaying 45 seconds, at the bottom corner.

   c. The third image depicted two prepubescent females, both fully nude. Female one is kneeling behind female two, who is bent over on her hands and knees. Female one anally penetrates female two with a large plastic object. The females begin kissing one another on the mouth. A timestamp is visible on the bottom right corner of each thumbnail, starting at 1 minutes and 40 seconds and ending with 26 minutes and 38 seconds.

11. The screenshots from the evidence review corroborated the timeline provided above and identified GARCIA and his Wickr, Inc and MEGA accounts.

